# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2024 KW 0374

VERSUS

CHRISTOPHER WESLEY

**JULY 1, 2024**

---

In Re:    Christopher Wesley, applying for supervisory writs, 20th Judicial District Court, Parish of West Feliciana, No. 24-CRW-0177.

---

**BEFORE:    THERIOT, PENZATO, AND LANIER, JJ.**

**WRIT DENIED AS MOOT.** The records of the West Feliciana Parish Clerk of Court's Office reflect that the district court acted on relator's writ of habeas corpus on April 30, 2024.

**MRT**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT